UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOLTA MEDICAL, INC.<br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LUMENIS, INC. AND LUMENIS, LTD.,<br>    Defendants/Counterclaimants. | Civil Action No. 1:19-cv-11600-DJC |

## DECLARATION OF BRAD M. SCHELLER

I, Brad M. Scheller, hereby state and declare as follows:

1. I am a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz"), and counsel for Defendants Lumenis, Inc. and Lumenis, Ltd. I have personal knowledge of the facts set forth herein, and I could and would competently testify thereto if called as a witness.

2. I submit this declaration in support of Defendants Lumenis, Inc.'s and Lumenis, Ltd.'s opposition to Solta's Motion to Compel (Dkt. 73).

3. Attached hereto as Exhibit A is a true and accurate copy of a letter dated April 2, 2021 from Rithika Kulathila of Mintz Levin to Ian B. Brooks.

I declare, under the pains and penalties of perjury that the forgoing is true and correct to the best of my knowledge.

Dated:  May 21, 2021                         */s/ Brad M. Scheller*
                                                              Brad M. Scheller

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 21, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*Brad M. Scheller*
Brad M. Scheller
